FILED
2005 Jan-19 PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| Evelyn Pierce as Administratrix for the Estate of Danny Cassady, Deceased, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV-03-CO-2764-W |
| NaphCare, et al., | ) |
| Defendants. | ) |

## AMENDED NOTICE OF DEPOSITION

TO:  Andrew W. Redd, Esq.          Thomas A. Kendrick, Esq.
     Assistant Attorney General     Financial Center
     Alabama Department of Corrections  Suite 1600
     P.O. Box 301501                505 N. 20th Street
     Montgomery, AL 36130           Birmingham, AL 35203

PLEASE TAKE NOTICE that on February 22, 2005, at the law office of Thomas A. Kendrick, Financial Center, Suite 1600, 505 20th Street North, Birmingham, Alabama, 35203, the plaintiff will take the deposition of Belinda Hogue pursuant to Rule 30 of the Federal Rules of Civil Procedure, before an officer duly authorized to take depositions and swear witnesses in said County and said State.  The oral examination will commence at 1:00 p.m. and continue from day to day until completed.  You are invited to attend and cross-examine.

Respectfully submitted this 19th day of January, 2005.

        STEIN, BREWSTER & PILCHER, LLC
        205 N. Conception Street
        Post Office Box 1051
        Mobile, AL 36633-1051
        Telephone:  (251) 433-2002
        Facsimile: (251) 432-7756


        By: /s/Mary E. Pilcher
            Mary E. Pilcher (PILCM2436)
            Henry Brewster (BREWH7377)

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January 2005, the above and foregoing document has been filed using the CM/ECF System which will send notice to: cholpp@nwkt.com, tkendrick@nwkt.com, and aredd@doc.state.al.us.; and I am depositing a copy thereof in the United States first class mail, postage pre-paid and properly addressed to the following:

| | |
|---|---|
| Andrew W. Redd | Thomas A. Kendrick |
| Asst. Attorney General | Celeste K. Poteat |
| Alabama Dept. Of Corrections | Norman, Wood, Kendrick & Turner |
| P.O. Box 301501 | Financial Center, Suite 1600 |
| Montgomery, AL 36130 | 505 N. 20th Street |
| | Birmingham, AL 35203 |

        /s/Mary E. Pilcher
        Attorney for Plaintiff